IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| Ralph C. McCullough, as Plan Trustee for the estates of HomeGold, Inc., HomeGold Financial, Inc., and Carolina Investors, Inc., | ) ) ) ) | Civil Action Numbers: <u>8:04-2,660</u> through <u>21,763</u> |
| Plaintiff, | ) ) | **ORDER CLOSING CASES** |
| vs. | ) ) | (Written Opinion) |
| #1 Carpet Smart, et al., | ) ) | |
| Defendants. | ) ) ) | |

On October 6, 2004, this Court entered its Order finding that most of the Defendants in this litigation were in default and entered a default judgment against them. In this same Order, this Court granted the Plaintiff's Motion for Summary Judgment against all appearing defendants. Thus, this matter is resolved as to all Defendants and the appropriate relief has been granted to the Plaintiff. No appeal has been taken. Therefore, these cases may now be closed.

IT IS THEREFORE ORDERED that the Clerk of Court is directed to close civil action numbers <u>8:04-2,660</u> through <u>8:04-21,763</u>, for a total of 19,103 cases to be closed by this Order.

IT IS SO ORDERED.

S/ G. Ross Anderson, Jr.
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina
May _1_, 2005.

1